UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DOMINIQUE N. WILSON

                        Plaintiff,

   -against-

TOWN OF CHEEKTOWAGA, CHEEKTOWAGA
POLICE DEPARTMENT and POLICE OFFICER
TIMOTHY TURNBULL

                        Defendants.
------------------------------------------------------------------X

Index No.: 18-CV-1255

**STIPULATION**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties herein that Plaintiff opposition, if any, to Defendant's motion seeking summary judgment is extended for thirty (30) days to on or before August 19, 2022. It is further agreed to that Defendants will have fourteen (14) to reply, and Plaintiff will have an additional ten (10) days to reply should Plaintiff chose to cross move in her initial opposition papers.

DATED:    July 19, 2022
               Floral Park, New York

/s/ Marc Smith                                                                                         /s/ Gregory Abram

Paul G. Joyce                                                                                         Gregory Dale Abram
Marc Smith                                                                                            Gregory Dale Abram & Associates, PC
Colucci & Gallaher P.C.                                               *Attorney(s) for Plaintiff*
*Attorney(s) for Defendant*                                     249-12 Jericho Turnpike
2000 Liberty Building                                                 Suite 230
424 Main Street                                                                      Floral Park, NY 11001
Buffalo, NY 14202                                                            (516) 481-7617
(716) 853-4080